# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case Number: **10-06730-FLK** |
| **Larry M. LOVELESS** | Chapter: **13** |
| **Kimberly K. LOVELESS** | **ORDER CONFIRMING CHAPTER 13 PLAN** |
| Debtor(s) | |

THIS MATTER came on for hearing before the Honorable Frank L. Kurtz on February 3, 2011 for confirmation of a Chapter 13 Plan. The court having reviewed the files and records herein, heard argument of the parties and being fully advised in the premises.

IT IS HEREBY ORDERED:

The Chapter 13 Plan filed with the court on December 2, 2010 satisfies the requirements of 11 U.S.C. 1325 and is hereby CONFIRMED.

Pursuant to LBR 2016-1(e)(3), any flat fee provided for in the Plan is allowed.

PLEASE TAKE NOTICE that although certain pre-confirmation distributions may have been made by the Trustee, all future payments will be made only where a Proof of Claim is filed.

_/s/ Frank L. Kurtz_
**Frank L. Kurtz**
Bankruptcy Judge

02/04/2011 09:47:01